| PROB 22 (Rev. 2/88) | | DOCKET NUMBER *(Tran. Court)* 13-CR-00442-001 |
|---|---|---|
| TRANSFER OF JURISDICTION | APR 0 7 2017 BROOKLYN OFFICE | DOCKET NUMBER *(Rec. Court)* |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT EDNY | DIVISION Brooklyn Division |
|---|---|---|
| Jason Green | NAME OF SENTENCING JUDGE The Honorable Eric V. Vitaliano | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 11/21/2016 | TO 11/20/2021 |

**OFFENSE**

Conspiracy To Commit Wire Fraud, in violation of 18 U.S.C. §§ 1343 and 1349, a Class C Felony

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Eastern _____ DISTRICT OF _____ New York _____

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the _____ Eastern District of North Carolina _____ upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

4/6/17
_____
Date

/s/ USDJ ERIC N. VITALIANO
_____
United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____ Eastern _____ DISTRICT OF _____ North Carolina _____

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

6/20/17
_____
Effective Date

_____
United States District Judge

FILED 6/28/17
IN CLERK'S OFFICE
US DISTRICT COURT E.D.N.Y.
★ JUN 27 2017 ★
BROOKLYN OFFICE