CLOSED,MJSELECT–VMS

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CRIMINAL DOCKET FOR CASE #: <u>1:13–cr–00442–ENV–1</u>

| | |
|---|---|
| Case title: USA v. Green | Date Filed: 07/26/2013 |
| | Date Terminated: 11/21/2016 |

Assigned to: Judge Eric N. Vitaliano

**Defendant (1)**

| | | |
|---|---|---|
| **Jason Green**<br>*TERMINATED: 11/21/2016* | represented by | **Sanford A. Schulman**<br>Schulman & Associates, P.C.<br>500 Griswold Street, Suite 2340<br>Detroit, MI 48226<br>313–963–4740<br>Fax: 248–671–0353<br>Email: saschulman@comcast.net<br>*LEAD ATTORNEY*<br>*PRO HAC VICE*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Retained* |

| **Pending Counts** | **Disposition** |
|---|---|
| (1) | |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Christopher Allen Ott**<br>United States Attorneys Office<br>271 Cadman Plaza East<br>Brooklyn, NY 11201<br>718–254–6154<br>Email: christopher.ott@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br><br>**Melanie Dyani Hendry**<br>United States Attorney's Office<br>271 Cadman Plaza East<br>Brooklyn, NY 11201<br>718–254–6040<br>Fax: 718–254–7489<br>Email: melanie.hendry@usdoj.gov<br>*ATTORNEY TO BE NOTICED*<br><br>**Sylvia Shweder**<br>United States Attorneys Office<br>271 Cadman Plaza East<br>Brooklyn, NY 11201<br>718–254–6092<br>Fax: 718–254–7499<br>Email: sylvia.shweder@usdoj.gov<br>*ATTORNEY TO BE NOTICED* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 07/26/2013 | 1 | 4 | NOTICE of Intent to proceed under FRCrP 7(b) as to Jason Green (Attachments: # 1 Criminal Information Sheet) (Siegfried, Evan) (Entered: 07/26/2013) |
| 07/31/2013 | | | MOTION for Leave to Appear Pro Hac Vice *by Sanford A. Schulman* by Jason Green. (Siegfried, Evan) (Entered: 07/31/2013) |
| 07/31/2013 | 2 | | ORDER granting Motion for Leave to Appear by Sanford A. Schulman as to Jason Green (1). Ordered by Judge Eric N. Vitaliano on 7/31/2013. (Siegfried, Evan) (Additional attachment(s) added on 7/31/2013: # 1 PHV receipt) (Siegfried, Evan). (Entered: 07/31/2013) |
| 07/18/2016 | 9 | | SENTENCING MEMORANDUM by USA as to Jason Green (Shweder, Sylvia) (Entered: 07/18/2016) |
| 07/18/2016 | 10 | | SENTENCING MEMORANDUM by USA as to Jason Green (Shweder, Sylvia) (Entered: 07/18/2016) |
| 07/25/2016 | 11 | | SENTENCING MEMORANDUM by USA as to Jason Green (Shweder, Sylvia) (Entered: 07/25/2016) |
| 10/06/2016 | 12 | | SENTENCING MEMORANDUM by Jason Green (Attachments: # 1 Exhibit Letters of Support) (Schulman, |

| | | | |
|---|---|---|---|
| | | | Sanford) (Entered: 10/06/2016) |
| 10/11/2016 | | | NOTICE OF HEARING as to Jason Green. Due to a change in the Court's calendar, Sentencing is rescheduled for 11/16/2016 11:00 AM in Courtroom 4C South before Judge Eric N. Vitaliano. (Villanueva, William) (Entered: 10/11/2016) |
| 11/16/2016 | 13 | | MOTION for Forfeiture of Property by USA as to Jason Green. (Attachments: # 1 Proposed Order) (Hendry, Melanie) (Entered: 11/16/2016) |
| 03/27/2017 | 17 | 6 | TRANSFER OF JURISDICTION REQUEST as to Jason Green To District of North Carolina−E. Awaiting acceptance and signature. (Attachments: # 1 Memorandum in Support) (Brown, Lolita) (Entered: 03/27/2017) |
| 04/07/2017 | 18 | 9 | TRANSFER OF JURISDICTION REQUEST as to Jason Green To EDNC / From District of EDNY. Awaiting acceptance and signature. (Attachments: # 1 Memorandum) (Galeano, Sonia) (Entered: 04/07/2017) |
| 04/07/2017 | 19 | 12 | Notice to Eastern District of North Carolina of a Transfer of Jurisdiction as to Jason Green. Docket sheet and documents attached. If you require a copy of the financial ledger, please email your request to [Frank_Daley@nyed.uscourts.gov]. (If you require certified copies of any documents, please send a request to [InterDistrictTransfer_NYED@nyed.uscourts.gov]. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (Galeano, Sonia) (Entered: 04/07/2017) |
| 06/12/2017 | 20 | 14 | Notice to Eastern District of North Carolina of a Transfer of Jurisdiction as to Jason Green. Docket sheet and documents attached. If you require a copy of the financial ledger, please email your request to [Frank_Daley@nyed.uscourts.gov]. (If you require certified copies of any documents, please send a request to [InterDistrictTransfer_NYED@nyed.uscourts.gov]. If you wish to designate a different email address for future transfers, send your request to InterDistrictTransfer_TXND@txnd.uscourts.gov.) (Attachments: # 1 Memorandum, # 2 Docket Sheet, # 3 Notice of Rule 7b) (Galeano, Sonia) (Entered: 06/12/2017) |
| 06/27/2017 | 21 | 21 | Probation/Supervised Releasee Jurisdiction Transferred to EDNC as to Jason Green Transmitted Transfer of Jurisdiction form, with certified copies of indictment, judgment and docket sheet. (Galeano, Sonia) (Entered: 06/28/2017) |